FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -9 PM 4:36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLUMBUS CHRIS WILLIAMS                         CIVIL ACTION

VERSUS                                          NO: 04-1169

TERREBONNE PARISH SHERIFF'S                     SECTION: R
OFFICE, ET AL.

### ORDER

On February 15, 2006, the United States Magistrate Judge issued a report and recommendation in this case, a civil rights action commenced by plaintiff, a state prisoner incarcerated at the Terrebonne Parish Criminal Justice Complex, stating that the action should be dismissed without prejudice because of plaintiff's failure to serve process on any of the defendants. By letter dated February 23, 2006, the plaintiff also requested that the case be dismissed without prejudice. Accordingly, it is ORDERED that plaintiff's complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this 9th day of March, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

___ Fee_____
_X_ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No_____