UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLUMBUS CHRIS WILLIAMS                    CIVIL ACTION

VERSUS                                     NO: 04-1169

TERREBONE PARISH SHERIFF'S                 SECTION: R(3)
OFFICE, ET. AL.

### ORDER

Having reviewed *de novo* the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's claims are DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, this <u>6th</u> day of November, 2007

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE